**STATEMENT OF FACTS**

On November 20, 2013, at approximately 6:05 am, members of the FBI and the Metropolitan Police Department executed a search warrant at XXXX XXXXXXXX XXXXXX, XX, Washington, DC.  During the search agents discovered the following items:  one loaded 9mm Ruger handgun and one loaded  Glock 27 handgun, each on a chair in the living room; eight large bags containing a total of approximately over ten pounds of a green weed-like substance which field-tested positive for marijuana in an office space; one loaded 9mm Hi-point handgun and two eight ounce bottles containing a total of approximately twelve ounces of a liquid which field-tested positive for PCP in a laundry room; one plastic bag containing approximately 54 grams of a white powdery substance which field tested positive for cocaine and approximately $74,000 in cash in safes found in the master bedroom.  A female present at the residence, who at that time stood charged with conspiracy to distribute and possess with intent to distribute heroin, cocaine and marijuana declined responsibility for those weapons and contraband found in the apartment.

Later that day, the defendant, Clarence Edward Baker, was located at his job and agreed to speak to law enforcement.  He admitted that he lived at the residence described above, that he possessed the marijuana, PCP and powder cocaine found therein and that he sold those substances.  He further indicated that he had purchased the four handguns inside the home from various people, and that he generally kept around $75,000 in cash in his home.

A criminal records check reveals that the defendant was previously convicted of the felony of Possession with Intent to Distribute PCP in case number 1985-FEL-1571 in Washington, DC.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.  To the best of this officer's knowledge, there are no Hi-point, 9mm, Ruger 9mm, Glock .27 caliber, nor Glock .19 caliber handguns nor ammunition manufactured in the District of Columbia.

_____

SPECIAL AGENT CHRISTOPHER RAY
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF NOVEMBER, 2013.

_____

ALAN KAY
U.S. MAGISTRATE JUDGE